PROB 12B
(12/00)

# United States District Court
**for**
## The District of Rhode Island

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**

**Name of Offender:** Robert Felleman **Case Number:** 1:02CR00040-02ML

**Name of Sentencing Judicial Officer:** Honorable Mary M. Lisi

**Date of Original Sentence:** May 16, 2003

**Original Offense:** Conspiracy to Defraud the United States

**Original Sentence:** 48 months imprisonment, 36 months of supervised release and restitution in the amount of $622,218.00.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** November 7, 2006

☐ To extend the term of supervision for ______ years, for a total term of ______ years.

☒ To modify the conditions of supervision as follows:

The defendant is to pay the balance of the restitution according to a court-ordered repayment schedule.

The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer.

The defendant is to provide the probation officer access to any requested financial information.

The financial information provided by the defendant to the Probation Office may be shared with the Financial Litigation Unit of the U.S. Attorney's Office.

**CAUSE**

Since Mr. Felleman's release to the community on November 7, 2006, he has been under the supervision of Michelle K. Roberts in the District of Massachusetts.

In view of Mr. Felleman's substantial restitution obligation, the Probation Office in the District of Massachusetts respectfully requests that the Court impose the above-mentioned conditions which will assist in the collection of restitution and will allow for the maximum amount of restitution to be collected throughout his period of supervised release.

On February 29, 2007, Mr. Felleman executed the attached Probation Form 49 - Waiver of Hearing to Modify Conditions of Supervised Release and agreed to this course of action.

PROB 12B
(12/00)

**Reviewed and Approved by:**

Barry J. Weiner
**Barry J. Weiner**
**Chief U.S. Probation Officer**

Date: 4/26/07

**Respectfully Submitted by:**

Kurt E. O'Sullivan
**Kurt E. O'Sullivan**
**Supervising U.S. Probation Officer**

Date: 4/26/07

## The Court Orders

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☑ The Modification of Conditions as Noted Above
- ☐ Other

Mary M. Lisi
Honorable Mary M. Lisi
Chief U.S. District Judge

May 7, 2007
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant is to pay the balance of the restitution according to a court-ordered repayment schedule.

The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer.

The defendant is to provide the probation officer access to any requested financial information.

The financial information provided to the Probation Office by the defendant may be shared with the Financial Litigation Unit of the U.S. Attorney's Office.

Witness: MRoberts
U.S. Probation Officer

Signed: [signature]
Probationer or Supervised Releasee

2/29/07
DATE